```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
 ----------------------------------------X
                                         :
 UNITED STATES OF AMERICA                :
                                         :
              -v-                        :     21cr149 (DLC)
                                         :
 ANDERSON PAULA REYES and MELVIN         :        ORDER
 ALFREDO GARCIA COLON,                   :
                                         :
                    Defendants.          :
                                         :
 ----------------------------------------X
```

DENISE COTE, District Judge:

On March 11, 2021, counsel for both defendants informed the Court that the defendants prefer that the March 17 arraignment and initial appearance occur via videoconference as opposed to in person, or by telephone if a videoconference is not available.  They further informed the court that the parties wish to be arraigned and to have a schedule set for this case.  The Court has been informed that it is not possible for multiple defendants to appear via videoconference.  Accordingly, it is hereby

ORDERED that a telephone conference will be held on **March 17, 2021** at **10:30 a.m.**  At that conference, a trial date will be chosen.  After the Government recites the procedural history of this case, outlines the nature of the evidence it intends to offer at any trial, and proposes a schedule for the production of discovery materials to the defendants, the Court will consult the

parties regarding the scheduling of the trial. After a trial date is selected, a schedule for motions will be set and the propriety of any exclusion of time under the Speedy Trial Act will be addressed.

IT IS FURTHER ORDERED that counsel for the Government and the defendants will consult in advance of the conference to reach agreement, if possible, on a proposed date for the trial.

IT IS FURTHER ORDERED that by March 16 the parties shall send to this Court's Chambers email inbox, CoteNYSDChambers@nysd.uscourts.gov, each of the telephone numbers that each defendant and each attorney will be using to access the conference.

IT IS FURTHER ORDERED that the dial-in credentials for the **March 17** telephone conference are the following:

           Dial-in:        888-363-4749
           Access code:    4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:    New York, New York
          March 12, 2021

                                    _____
                                    DENISE COTE
                                    United States District Judge