```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :
              -v-                       :      21cr149 (DLC)
                                        :
ANDERSON PAULA REYES and MELVIN         :      ORDER
ALFREDO GARCIA COLON,                   :
                                        :
                      Defendants.       :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Criminal jury trials have resumed in the Southern District of New York. Jury trials are being conducted in compliance with the safety procedures implemented in this district. In order to comply with those safety procedures, jury trials require complex planning and coordination. This district is currently planning to accommodate criminal jury trials that should occur between January and March 2022.

The trial in this case is scheduled to occur on **January 18, 2022**. It is anticipated that any defendant who wishes to resolve the charges by entering a plea of guilty will confer with the Government and arrange with the Court to enter a plea no later than three weeks before the date scheduled for trial. It is hereby

ORDERED that defense counsel shall advise the Court by **November 4, 2021** whether the defendant currently intends to proceed to trial.

Dated:   New York, New York
         October 12, 2021

                                    _____
                                          DENISE COTE
                                    United States District Judge