```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
 ---------------------------------------X
                                        :
 UNITED STATES OF AMERICA,              :
                                        :
             -v-                        :        21cr149-1 (DLC)
                                        :
 ANDERSON PAULA REYES,                  :             ORDER
                                        :
                      Defendant.        :
                                        :
 ---------------------------------------X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the defendant is scheduled to enter a change

of plea in person in Courtroom 18B, 500 Pearl Street, on

**November 17, 2021** at **2:30 PM.**  In light of the ongoing COVID-19

pandemic,

IT IS FURTHER ORDERED that all individuals seeking entry to

500 Pearl Street must complete a questionnaire and have their

temperature taken before being allowed entry into the

courthouse.  **To gain entry to 500 Pearl Street, follow the**

**instructions provided here**:

https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public Media v.5.pdf

IT IS FURTHER ORDERED that all individuals must practice

social distancing at all times in the courthouse.  Individuals

also must wear a mask that covers their nose and mouth in the

courthouses.   Bandannas, gaiters and masks with valves are

prohibited.

IT IS FURTHER ORDERED that by **November 12, 2021,** defense

counsel must advise the Court of how many spectators will attend

the proceeding.   The parties must advise the Court by the same

date how many individuals will be seated at counsel's tables.

Special accommodations may need to be made if more than **ten**

spectators are expected to attend, or more than **three**

individuals are expected to be seated at each counsel's table.

Dated:      New York, New York
            November 10, 2021

                                    _____
                                            DENISE COTE
                                    United States District Judge