LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899             FAX (212) 964-2926

February 1, 2022

Hon. Denise L. Cote
United States District Court
Southern District of New York
New York, N.Y. 10007
*via ECF*

**Re: U.S. v Anderson Paula Reyes**
21 Cr. 149 (DLC)

Your Honor:

     I write to request an adjournment of Mr. Paula-Reyes' sentencing, which is currently scheduled for February 18, 2022, to a date in mid-March, 2022. The parties have yet to receive the final pre-sentence report, which I have been advised will not be available until February 8, 2022. The Court has directed that the defense sentencing submission be filed February 4, 2022 and the government memo be filed by February 11, 2022.

     Once I receive the final report, I will need time to meet with Mr Paula Reyes and review it before I can prepare my sentencing submission. As the Court may be aware, MDC counsel visits have been suspended since December 20, 2021 but were scheduled to resume yesterday, February 1, 2022. Visits have not resumed as they have again been suspended indefinitely due to a nationwide BOP lock-down. Legal phone calls have also been cancelled.

     Therefore, I request an adjournment of Mr. Paula-Reyes' sentencing to a date in mid-March, so I will have sufficient time to see him, review the final PSR, and prepare a timely sentencing submission. The government, by Danielle Kudla, Esq., consents to this request for a date in mid-March, 2022. Ms. Kudla will be traveling for work and unavailable until after March, 5, 2022, and thus will need sufficient time to file a sentencing submission after March 5, 2022.

Respectfully
*Lisa Scolari*
Lisa Scolari

SO ORDERED:

_____
HON. DENISE L. COTE

[Handwritten note by Judge Cote]: The draft PSR was provided to the parties on 1/6/22. Legal phone calls were suspended on 1/31/22 due to a nation-wide directive. The request to adjourn the 2/18/22 sentencing is denied without prejudice to renewal if legal calls remain suspended for too long a period. /s/ Denise Cote 2/1/22