LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899　　　　　　　　　　　　　　　　　　　　　　　FAX (212) 964-2926

February 4, 2022

Hon. Denise L. Cote
United States District Court
Southern District of New York
New York, N.Y. 10007
*via ECF*

**Re: U.S. v Anderson Paula Reyes**
21 Cr. 149 (DLC)

Your Honor:

　　I write to request an extension of time to file Mr. Paula-Reyes' sentencing submission, which is currently due today, February 4, 2022, to February 11, 2022. I just received the final pre-sentence report with the sentencing recommendation today and need time to discuss it with Mr. Paula Reyes before filing my submission.

　　MDC has not resumed in person visits and, although phone calls have just resumed, it is very difficult to schedule a phone call due to high demand. The government, by Danielle Kudla, Esq., consents to an adjustment of the filing schedule in accord with that which the Court's ordered for the co-defendant Melvin Garcia-Colon: defense submission by February 11 and the government submission by February 16, 2022.

　　Therefore, I request that the Court approve the foregoing adjustment to Mr. Paula Reyes' the filing schedule.

　　　　　　　　　　　　　　　　　　　Respectfully
　　　　　　　　　　　　　　　　　　　*Lisa Scolari*
　　　　　　　　　　　　　　　　　　　Lisa Scolari

SO ORDERED:

_____
HON. DENISE L. COTE