**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899                                         FAX (212) 964-2926

February 17, 2022

Hon. Denise L. Cote
United States District Court
Southern District of New York
New York, N.Y. 10007
*via ECF*

**Re: U.S. v Anderson Paula Reyes**
21 Cr. 149 (DLC)

Your Honor:

    Anderson Paula Reyes is scheduled to be sentence in person tomorrow afternoon. His family lives in the Dominican Republic and cannot be present but they would like to be able to listen to the sentence. I recognize that a public line is not usually provided for in person sentences, but I write to request that the Court permit that accommodation in this case.
    The government, by Danielle Kudla, Esq. takes no position on this request.

Respectfully
*Lisa Scolari*
Lisa Scolari

*[Signed] Denise Cote*
*2/17/22*